%AO 240 (Rev. 9/96)

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

SEP 09 2011

JAMES W. McCORMACK, CLERK
By:_____ DEP CLERK

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS

Plaintiff

v.

Defendant

**APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT**

CASE NUMBER: 4:11 CV00 674 BSM/JTR

I, Horace Paul McReynolds III declare that I am the (check appropriate box)

☑ petitioner/plaintiff/movant    ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?    ☑ Yes    ☐ No    (If "No," go to Part 2)

   If "Yes," state the place of your incarceration Arkansas Dept. Corrections (N.C.U.)

   Are you employed at the institution? yes  Do you receive any payment from the institution? no

   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past six months' transactions.

2. Are you currently employed?    ☐ Yes    ☑ No

   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.
   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3. In the past 12 twelve months have you received any money from any of the following sources?

   a. Business, profession or other self-employment    ☐ Yes    ☐ No
   b. Rent payments, interest or dividends    ☐ Yes    ☐ No
   c. Pensions, annuities or life insurance payments    ☐ Yes    ☐ No
   d. Disability or worker's compensation payments    ☐ Yes    ☐ No
   e. Gifts or inheritances    ☐ Yes    ☐ No
   f. Any other sources    ☑ Yes    ☐ No

   If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

Grandmother sends money for support.

4. Do you have **any** cash or checking or savings accounts? ☐ Yes ☒ No

   If "Yes," state the total amount. _____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value? ☐ Yes ☒ No

   If "Yes," describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

I declare under penalty of perjury that the above information is true and correct.

8-22-11
Date

Horace McReynolds III
Signature of Applicant

NOTICE TO PRISONER: A Prisoner seeking to proceed IFP shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

## CERTIFICATE
(Prisoner Accounts Only)
(To be Completed by the Institution of Incarceration)

I certify that the applicant named herein has the sum of $ _110.47_ on account to his/her credit at the _ADC_ institution where he is confined.

I further certify that the applicant likewise has the following securities to his/her credit according to the records of said institution: _0_

I further certify that during the past six months the applicant's average balance was $ _143.73_ .

_8-22-2011_
Date

_Barbara Tate_
Signature of Authorized Officer of Institution

# CALCULATION OF INITIAL PAYMENT OF FILING FEE

(To be Completed by the Institution of Incarceration)

PLAINTIFF: Horace Paul McReynolds III

ADC NUMBER: 131668

FEDERAL COURT CASE NUMBER (IF KNOWN): _____

| | |
|---|---|
| Total deposits for last six (6) months: | $720.00 |
| Average monthly deposit (total deposits divided by 6): | $120.00 |
| Total balances for last six (6) months: | $862.43 |
| Average monthly balance: (Total balances divided by 6) | $143.73 |
| Current account balance: | $110.47 |
| Initial payment of filing fee as of 8-22-2011: | $24.00 |

(The greater of the average monthly deposit
Or the average monthly balance x .20)

DATE: 8-22-2011    AUTHORIZED OFFICIAL Barbara Tats

(NO FILING FEE SHALL BE IN EXCESS OF
$250.00 FOR A CIVIL LAWSUIT
OR
$255.00 FOR AN APPEAL)

| AR DOC | TRUST FUND ACCOUNT STATEMENT | PAGE: 1 of 7 |
|---|---|---|
| REPORT NO. IBSR148 - 80 | FROM: 02/22/2011 TO: 08/22/2011 | PROCESSED: 08/22/2011 10:08 AM |
| | | REQUESTOR: Barbara J Tate |

**BANKING LOCATION:** AR Department of Corrections
**UNIT:** North Central Unit
**FACILITY:** North Central Unit

**ACCT NAME:** McReynolds, Horace III    **ACCT ID:** 0137506    **ADC#:** 131668    **HOUSING:** BK01 042L

**TYPE:** Inmate Checking Account

**BEGINNING BALANCE:** 02/22/2011    $0.00

POSTED TRANSACTIONS

| DATE | TRANSACTION TYPE | DEPOSIT REMITTER | REASON | REFERENCE # | +/- | AMOUNT | BALANCE |
|---|---|---|---|---|---|---|---|
| 03/16/2011 | Deposit Money for Inmate | | Money Orders | 103672112720 | + | $100.00 | $100.00 |
| | COMMENTS: Nancy Ashley | | | | | | |
| 03/17/2011 | Deposit Money for Inmate | | Money Orders | 103672113292 | + | $100.00 | $200.00 |
| | COMMENTS: Nancy Ashley | | | | | | |
| 03/23/2011 | Canteen Sale to Inmate | | Personal Spending | 1617651 | - | $43.35 | $156.65 |
| 03/24/2011 | Deposit Money for Inmate | Ashley, Nancy L | Money Orders | 103672114293 | + | $200.00 | $356.65 |
| 03/25/2011 | Deposit Money for Inmate | | Check Received | 8103 | + | $1.13 | $357.78 |
| | COMMENTS: Saline Co Sheriff Dept | | | | | | |
| 03/28/2011 | Canteen Sale to Inmate | | Personal Spending | 1617651 | - | $64.25 | $293.53 |
| 04/01/2011 | Canteen Sale to Inmate | | Personal Spending | 1617651 | - | $1.05 | $292.48 |
| 04/04/2011 | Canteen Sale to Inmate | | Personal Spending | 1617651 | - | $9.40 | $283.08 |
| 04/06/2011 | Canteen Sale to Inmate | | Personal Spending | 1617651 | - | $7.05 | $276.03 |

| AR DOC | TRUST FUND ACCOUNT STATEMENT | | PAGE: 2 of 7 |
|---|---|---|---|
| REPORT NO. IBSR148 - 80 | FROM: 02/22/2011 TO: 08/22/2011 | | PROCESSED: 08/22/2011 10:08 AM |
| | | | REQUESTOR: Barbara J Tate |

**BANKING LOCATION:** AR Department of Corrections
**UNIT:** North Central Unit
**FACILITY:** North Central Unit

**ACCT NAME:** McReynolds, Horace III       **ACCT ID:** 0137506       **ADC#:** 131668       **HOUSING:** BK01 042L

**TYPE:** Inmate Checking Account

POSTED TRANSACTIONS

| DATE | TRANSACTION TYPE | DEPOSIT REMITTER | REASON | REFERENCE # | +/- | AMOUNT | BALANCE |
|---|---|---|---|---|---|---|---|
| 04/12/2011 | Individual Check | Edward R Hamilton Bookseller | | CK0140669 | - | $19.40 | $256.63 |
| | COMMENTS: Check Written For: books Horace McReynolds #131668   Check Request Comments: *books Edward R Hamilton Bookseller*   Payee: P.O. Box 15 Falls Village, Connecticut  06031 | | | | | | |
| 04/12/2011 | Transfer from Inmate to Club/Special Acct. | | | 13IN|S|INMC | - | $20.00 | $236.63 |
| | COMMENTS: Transfer funds between inmate account and special account.   *Sandwich Sale 3/12/11* | | | | | | |
| 04/13/2011 | Canteen Sale to Inmate | | Personal Spending | 1617651 | - | $4.70 | $231.93 |
| 04/15/2011 | Deposit Money for Inmate | | Check Received | 8158 | + | $46.60 | $278.53 |
| | COMMENTS: Saline County Sheriff Dept. | | | | | | |
| 04/20/2011 | Canteen Sale to Inmate | | Personal Spending | 1617651 | - | $9.40 | $269.13 |
| 04/25/2011 | Canteen Sale to Inmate | | Personal Spending | 1617651 | - | $9.39 | $259.74 |
| 05/06/2011 | Canteen Sale to Inmate | | Personal Spending | 1617651 | - | $47.12 | $212.62 |
| 05/09/2011 | Deposit Money for Inmate | | Money Orders | 103672107550 | + | $100.00 | $312.62 |
| | COMMENTS: Nancy Ashley | | | | | | |

| AR DOC | TRUST FUND ACCOUNT STATEMENT | PAGE: 3 of 7 |
|---|---|---|
| REPORT NO. IBSR148 - 80 | FROM: 02/22/2011 TO: 08/22/2011 | PROCESSED: 08/22/2011 10:08 AM |
| | | REQUESTOR: Barbara J Tate |

BANKING LOCATION: AR Department of Corrections
UNIT: North Central Unit
FACILITY: North Central Unit

ACCT NAME: McReynolds, Horace III          ACCT ID: 0137506          ADC#: 131668          HOUSING: BK01 042L

TYPE: Inmate Checking Account

POSTED TRANSACTIONS

| DATE | TRANSACTION TYPE | DEPOSIT REMITTER | REASON | REFERENCE # | +/- | AMOUNT | BALANCE |
|---|---|---|---|---|---|---|---|
| 05/10/2011 | Canteen Sale to Inmate | | Personal Spending | 1617651 | - | $29.35 | $283.27 |
| 05/12/2011 | Canteen Sale to Inmate | | Personal Spending | 1617651 | - | $24.11 | $259.16 |
| 05/17/2011 | Canteen Sale to Inmate | | Personal Spending | 1617651 | - | $16.37 | $242.79 |
| 05/17/2011 | Canteen Sale to Inmate | | Personal Spending | 1617651 | - | $48.27 | $194.52 |
| 05/26/2011 | Canteen Sale to Inmate | | Personal Spending | 1617651 | - | $59.64 | $134.88 |
| 05/26/2011 | Canteen Sale to Inmate | | Personal Spending | 1617651 | - | $4.44 | $130.44 |
| 06/02/2011 | Canteen Sale to Inmate | | Personal Spending | 1617651 | - | $64.16 | $66.28 |
| 06/03/2011 | Deposit Money for Inmate | | Money Orders | 104141475471 | + | $100.00 | $166.28 |
| | COMMENTS: Nancy Ashley | | | | | | |
| 06/07/2011 | Deposit Money for Inmate | Simons, Shelia | Money Orders | 104141475988 | + | $40.00 | $206.28 |

| AR DOC | TRUST FUND ACCOUNT STATEMENT | PAGE: 4 of 7 |
|---|---|---|
| REPORT NO. IBSR148 - 80 | FROM: 02/22/2011  TO: 08/22/2011 | PROCESSED: 08/22/2011 10:08 AM |
| | | REQUESTOR: Barbara J Tate |

**BANKING LOCATION:** AR Department of Corrections
**UNIT:** North Central Unit
**FACILITY:** North Central Unit

**ACCT NAME:** McReynolds, Horace III    **ACCT ID:** 0137506    **ADC#:** 131668    **HOUSING:** BK01 042L

**TYPE:** Inmate Checking Account

POSTED TRANSACTIONS

| DATE | TRANSACTION TYPE | DEPOSIT REMITTER | REASON | REFERENCE # | +/- | AMOUNT | BALANCE |
|---|---|---|---|---|---|---|---|
| 06/07/2011 | Canteen Sale to Inmate | | Personal Spending | 1617651 | - | $61.60 | $144.68 |
| 06/09/2011 | Canteen Sale to Inmate | | Personal Spending | 1617651 | - | $3.37 | $141.31 |
| 06/17/2011 | Canteen Sale to Inmate | | Personal Spending | 1617651 | - | $64.35 | $76.96 |
| 06/20/2011 | Deposit Money for Inmate | | Money Orders | 104741477979 | + | $60.00 | $136.96 |
| | **COMMENTS:** Nancy Ashley | | | | | | |
| 06/21/2011 | Deposit Money for Inmate | | Money Orders | 104141478232 | + | $60.00 | $196.96 |
| | **COMMENTS:** Horace McReynolds | | | | | | |
| 06/21/2011 | Canteen Sale to Inmate | | Personal Spending | 1710178 | - | $64.59 | $132.37 |
| 06/28/2011 | Canteen Sale to Inmate | | Personal Spending | 1617651 | - | $64.63 | $67.74 |
| 07/01/2011 | Transfer from Inmate to Club/Special Acct. | | | 13IN|S|INMC | - | $27.00 | $40.74 |
| | **COMMENTS:** Transfer funds between inmate account and special account. food sale, 7-1-11 | | | | | | |

| AR DOC | TRUST FUND ACCOUNT STATEMENT | PAGE: 5 of 7 |
|---|---|---|
| REPORT NO. IBSR148 - 80 | FROM: 02/22/2011  TO: 08/22/2011 | PROCESSED: 08/22/2011 10:08 AM |
| | | REQUESTOR: Barbara J Tate |

**BANKING LOCATION:** AR Department of Corrections
**UNIT:** North Central Unit
**FACILITY:** North Central Unit

**ACCT NAME:** McReynolds, Horace III        **ACCT ID:** 0137506    **ADC#:** 131668    **HOUSING:** BK01 042L

**TYPE:** Inmate Checking Account

**POSTED TRANSACTIONS**

| DATE | TRANSACTION TYPE | DEPOSIT REMITTER | REASON | REFERENCE # | +/- | AMOUNT | BALANCE |
|---|---|---|---|---|---|---|---|
| 07/06/2011 | Canteen Sale to Inmate | | Personal Spending | 1617673 | - | $40.61 | $0.13 |
| 07/07/2011 | Deposit Money for Inmate | Ashley, Nancy L | Money Orders | 104141480575 | + | $100.00 | $100.13 |
| 07/11/2011 | Deposit Money for Inmate | | Check Received | 100004646 | + | $27.00 | $127.13 |
| | COMMENTS: *Arkansas Dept. Of Correction refund* | | | | | | |
| 07/11/2011 | Canteen Sale to Inmate | | Personal Spending | 1617673 | - | $39.89 | $87.24 |
| 07/13/2011 | Medical Co-pay Charge | | Payoff Obligation | AA|004|01 | - | $3.00 | $84.24 |
| 07/13/2011 | Canteen Sale to Inmate | | Personal Spending | 1617673 | - | $6.05 | $78.19 |
| 07/13/2011 | Canteen Sale to Inmate | | Personal Spending | 1617673 | - | $25.08 | $53.11 |
| 07/14/2011 | Deposit Money for Inmate | | Money Orders | 104141482071 | + | $55.00 | $108.11 |
| | COMMENTS: Horace McReynolds | | | | | | |
| 07/19/2011 | Canteen Sale to Inmate | | Personal Spending | 1617673 | - | $1.08 | $107.03 |

| | | |
|---|---|---|
| AR DOC | TRUST FUND ACCOUNT STATEMENT | PAGE: 6 of 7 |
| REPORT NO. IBSR148 - 80 | FROM: 02/22/2011 TO: 08/22/2011 | PROCESSED: 08/22/2011 10:08 AM |
| | | REQUESTOR: Barbara J Tate |

**BANKING LOCATION:** AR Department of Corrections
**UNIT:** North Central Unit
**FACILITY:** North Central Unit

**ACCT NAME:** McReynolds, Horace III  **ACCT ID:** 0137506  **ADC#:** 131668  **HOUSING:** BK01 042L

**TYPE:** Inmate Checking Account

**POSTED TRANSACTIONS**

| DATE | TRANSACTION TYPE | DEPOSIT REMITTER | REASON | REFERENCE # | +/- | AMOUNT | BALANCE |
|---|---|---|---|---|---|---|---|
| 07/19/2011 | Canteen Sale to Inmate | | Personal Spending | 1617673 | - | $64.05 | $42.98 |
| 07/21/2011 | Canteen Sale to Inmate | | Personal Spending | 1617673 | - | $0.56 | $42.42 |
| 07/25/2011 | Canteen Sale to Inmate | | Personal Spending | 1617673 | - | $1.08 | $41.34 |
| 07/26/2011 | Canteen Sale to Inmate | | Personal Spending | 1617673 | - | $39.85 | $1.49 |
| 07/28/2011 | Canteen Sale to Inmate | | Personal Spending | 1617673 | - | $0.98 | $0.51 |
| 08/02/2011 | Deposit Money for Inmate | | Money Orders | 104141484249 | + | $100.00 | $100.51 |
| | COMMENTS: Nancy Ashley | | | | | | |
| 08/02/2011 | Canteen Sale to Inmate | | Personal Spending | 1617673 | - | $56.61 | $43.90 |
| 08/04/2011 | Canteen Sale to Inmate | | Personal Spending | 1617673 | - | $8.01 | $35.89 |
| 08/09/2011 | Canteen Sale to Inmate | | Personal Spending | 1617673 | - | $34.95 | $0.94 |

| AR DOC | TRUST FUND ACCOUNT STATEMENT | PAGE: 7 of 7 |
|---|---|---|
| REPORT NO. IBSR148 - 80 | FROM: 02/22/2011  TO: 08/22/2011 | PROCESSED: 08/22/2011 10:08 AM |
| | | REQUESTOR: Barbara J Tate |

BANKING LOCATION: AR Department of Corrections
UNIT: North Central Unit
FACILITY: North Central Unit

ACCT NAME: McReynolds, Horace III          ACCT ID: 0137506     ADC#: 131668     HOUSING: BK01 042L

TYPE: Inmate Checking Account

POSTED TRANSACTIONS

| DATE | TRANSACTION TYPE | DEPOSIT REMITTER | REASON | REFERENCE # | +/- | AMOUNT | BALANCE |
|---|---|---|---|---|---|---|---|
| 08/11/2011 | Canteen Sale to Inmate | | Personal Spending | 1617673 | - | $0.47 | $0.47 |
| 08/17/2011 | Deposit Money for Inmate | | Money Orders | 104141486780 | + | $60.00 | $60.47 |
| | COMMENTS: Horace McReynolds | | | | | | |
| 08/22/2011 | Deposit Money for Inmate | | Money Orders | 104141487417 | + | $50.00 | $110.47 |
| | COMMENTS: Horace McReynolds | | | | | | |
| | | | | ENDING BALANCE: | 08/22/2011 | | $110.47 |