FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
_____ DIVISION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

SEP 09 2011

JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

CASE NO. 4:11CV00674 BSM/JTR

I. Parties

In item A below, place your full name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.

A. Name of plaintiff: Horace Paul McReynolds III
ADC # 131668

Address: 10 prison cir Calico Rock Ark 72519

Name of plaintiff: _____
ADC # _____

Address: _____

case assigned to District Judge Miller
to Magistrate Judge Ray

Name of plaintiff: _____
ADC # _____

Address: _____

In item B below, place the full name of the defendant in the first blank, his official position in the second blank, his place of employment in the third blank, and his address in the fourth blank.

B. Name of defendant: Officer Reed

Position: Correctional officer

Place of employment: Saline Co. Detention center

Address: 735 S. Neeley st Benton Ark 72015

Name of defendant: _____

Position: _____

Place of employment: _____

Address: _____

Name of defendant: _____

Position: _____

Place of employment: _____

Address: _____

Name of defendant: _____

Position: _____

Place of employment: _____

Address: _____

II.  Are you suing the defendants in:

☐ official capacity only
☐ personal capacity only
☒ both official and personal capacity

III. Previous lawsuits

A   Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes ___   No ✓

B.  If your answer to A is yes, describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

☐ Parties to the previous lawsuit:

Plaintiffs: _____

_____

Defendants: _____

_____

    ☐    Court (if federal court, name the district; if state court, name the county): _____

    ☐    Docket Number: _____

    ☐    Name of judge to whom case was assigned: _____

    ☐    Disposition: (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____

    ☐    Approximate date of filing lawsuit: _____

    ☐    Approximate date of disposition: _____

IV. Place of present confinement: **N.C.U Calico Rock**

V. At the time of the alleged incident(s), were you:
(check appropriate blank)

    **✓** in jail and still awaiting trial on pending criminal charges

    ____ serving a sentence as a result of a judgment of conviction

    ____ in jail for other reasons (e.g., alleged probation violation, etc.)
    explain: _____

VI. The Prison Litigation Reform Act (PLRA), 42 U.S.C. § 1997e, requires complete exhaustion of administrative remedies of all claims asserted, prior to the filing of a lawsuit. There is a prisoner grievance procedure in the Arkansas Department of Correction, and in several county jails. Failure to complete the exhaustion process provided as to each of the claims asserted in this complaint may result in the dismissal without prejudice of all the claims raised in this complaint.

    A.    Did you file a grievance or grievances presenting the facts set forth in this complaint?

           Yes ____   No **✓**

    B.    Did you completely exhaust the grievance(s) by appealing to all levels within the grievance procedure?

Yes ___ No ✓

If not, why? A grievance procedure was not available to me

VII. Statement of claim

State here (as briefly as possible) the <u>facts</u> of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

On 9,27,10 in the evening time I was put into a full restraint chair. While in full restraints officer Reed attacked me. I was in the book in area were everything was recorded.

_____

_____

VIII. Relief

<u>State briefly exactly what you want the court to do for you.</u> Make no legal arguments. Cite no cases or statutes.

I want the officer to lose his job and $50,000

I declare under penalty of perjury (18 U.S.C. § 1621) that the foregoing is true and correct.

Executed on this 22 day of August, 20 11.

_____
Signature(s) of plaintiff(s)