# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**HORACE PAUL MCREYNOLDS,**
**ADC #131668**                                                                                     **PLAINTIFF**

v.                     **CASE NO. 4:11CV00674 BSM/JTR**

**REED, Officer,**
**Saline County Detention Facility**                                                        **DEFENDANT**

## ORDER

The proposed findings and recommended partial disposition [Doc. No. 5] submitted by United States Magistrate Judge J. Thomas Ray have been reviewed. No objections have been filed. After carefully considering these documents and making a *de novo* review of the record, it is concluded that the proposed findings and recommended partial disposition should be, and hereby are, approved and adopted in their entirety in all respects.

IT IS THEREFORE ORDERED that:

1. McReynolds's excessive force claim against Reed, in his official capacity, is DISMISSED, WITHOUT PREJUDICE.

2. McReynolds may PROCEED with his excessive force claim against Reed, in his individual capacity only.

3. The Clerk is directed to prepare a summons for Reed, and the U.S. Marshal is directed to serve the summons, complaint, and this order on him without prepayment of

fees and costs or security therefor.[1]

4.       It is CERTIFIED, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this order would not be taken in good faith.

Dated this 7th day of October 2011.

                                                    /s/ Brian S. Miller
                                          UNITED STATES DISTRICT JUDGE

---

[1] If Reed is no longer a Saline County employee, the individual responding to service shall file – **UNDER SEAL** – his last known private mailing address.