| U.S. Department of Justice<br>United States Marshals Service | PROCESS RECEIPT AND RETURN<br>See Instructions for "Service of Process by the U.S. Marshal"<br>on the reverse of this form. |
|---|---|
| **PLAINTIFF**<br>Horace Paul McReynolds ADC #131668 | **COURT CASE NUMBER**<br>4:11-cv-00674-BSM -JTR |
| **DEFENDANT**<br>Reed | **TYPE OF PROCESS**<br>Summons, Complaint & Order |

**SERVE** — NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

Reed, Officer, Saline County Detention Facility

ADDRESS Street or RFD, Apartment No., City, State and ZIP Code

**AT** 735 South Neeley Street    Benton, AR 72015-5927

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Horace Paul McReynolds ADC #131668
TUCKER UNIT
Arkansas Department of Correction
Post Office Box 240
Tucker, AR 72168-0240

Number of process to be served with this Form - 285

Number of parties to be served in this case

Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Number, and Estimated Times Available For Service):

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
OCT 24 2011
JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

Signature of Attorney or other Originator requesting service on behalf of:
/s/ Kristy Rochelle

☐ PLAINTIFF
☐ DEFENDANT

TELEPHONE NUMBER    DATE 10/17/2011

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process<br>1 | District of Origin<br>No. 09 | District to Serve<br>No. 09 | Signature of Authorized USMS Deputy or Clerk | Date<br>10/17/11 |

I hereby certify and return that I ☐ have personally served, ☒ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the Individual, company, corporation, etc., at the address shown above or on the Individual, company, corporation, etc., shown at the address Inserted below.

☐ I hereby certify and return that I am unable to locate the Individual, company, corporation, etc., named above (See remarks below)

Name and title of Individual served (if not shown above)

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

Date of Service: 10/20/11    Time: 12:00 pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |

REMARKS: Via Cert mail

PRIOR EDITIONS MAY BE USED    **1. CLERK OF THE COURT**    FORM USM-285 (Rev. 12/15/80)

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X *Linda Hall*  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)  LINDA HILL   C. Date of Delivery 10-20-11 |
| 1. Article Addressed to:<br><br>Reed, Officer<br>c/o Saline Co. Detention Facility<br>735 S Neeley St.<br>Benton, AR 72015-5927 | D. Is delivery address different from item 1? ☐ Yes  ☐ No<br>If YES, enter delivery address below:<br><br>4:11CV00674<br><br>3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered  ☒ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from service label) | 7009 2250 0002 6831 0146 |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540