IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

HORACE PAUL MCREYNOLDS                                   PLAINTIFF
ADC #131668

VS.                    NO. 4:11-CV00674 BSM/JTR

SALINE COUNTY DETENTION FACILITY                         DEFENDANT
OFFICER CALVIN REED

## ANSWER OF DEFENDANT OFFICER CALVIN REED
## TO THE COMPLAINT

Comes the defendant, in his individual and official capacities by his attorney, Frederick S. Ursery and Jamie Huffman Jones of Friday, Eldredge & Clark, and for his Answer to the Complaint of the plaintiff state:

1. The defendant admits that the plaintiff Reynolds was detained at the Saline County Detention Facility ("SCDF") at all times alleged in his Complaint.

2. The defendant admits that this Court has jurisdiction and that venue is proper.

3. The defendant denies the allegations of the plaintiff that he was mistreated in any manner while serving as an inmate at the Saline County Detention Facility.

4. The defendant denies that plaintiff is entitled to any amount requested in the prayer for relief.

5. The defendant denies, generally and specifically, the remaining allegations in the plaintiff's Complaint.

6. The defendant denies, generally and specifically, all allegations contained in the plaintiff's Complaint not specifically admitted herein.

**AFFIRMATIVE DEFENSES**

1. The plaintiff's Complaint should be dismissed pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure for failure to state a claim upon which relief can be granted.

2. This defendant is entitled to qualified immunity.

3. Pleading affirmatively, the Complaint should be dismissed pursuant to Rule 4 for insufficiency of process.

4. Pleading affirmatively, the Complaint should be dismissed pursuant to Rule 4 for insufficiency of service of process.

5. Pleading affirmatively, plaintiff has failed to state a cognizable injury.

6. Pleading affirmatively, plaintiff has failed to identify constitutional infirmity.

7. Pleading affirmatively, plaintiff has failed to exhaust his administrative procedures.

WHEREFORE, premises considered, the defendant prays that the Complaint of the plaintiff be dismissed and for all other just and proper relief.

>Respectfully submitted,
>
>Frederick S. Ursery, AR Bar No. 67055
>Jamie Huffman Jones, AR Bar No. 2003125
>FRIDAY ELDREDGE & CLARK
>400 West Capitol, Suite 2000
>Little Rock, AR  72201-3522
>(501) 370-1430  – Telephone
>(501) 244-5340  Facsimile
>Ursery@fridayfirm.com – Email
>JJones@fridayfirm.com – Email
>*Attorney for Defendant*
>
>By:  /s/ Jamie Huffman Jones
>        Jamie Huffman Jones

## CERTIFICATE OF SERVICE

      I, Jamie Huffman Jones, hereby certify that the foregoing pleading has been filed with the Clerk of Court on this 15th day of November, 2011, using the CM/ECF filing system and that a copy has been served via U.S. Mail to:

Horace Paul McReynolds
SDC#131668
Tucker Unit
Arkansas Department of Corrections
Post Office Box 240
Tucker, Arkansas  72168-0240

                                          /s/ Jamie Huffman Jones
                                          FRIDAY ELDREDGE & CLARK
                                          400 West Capitol, Suite 2000
                                          Little Rock, AR  72201-3522
                                          (501) 370-1430 – Telephone
                                          (501) 244-5340  Facsimile
                                          JJones@fridayfirm.com – Email