Case: 4:11cv674

Horace Paul McReynolds ADC#131668
TUCKER UNIT
Arkansas Department of Correction
Post Office Box 240
Tucker, AR 72168-0240

---

ED STATES DISTRICT COURT
CLERK'S OFFICE
PPARD ARNOLD UNITED STATES COURTHOUSE
600 W. CAPITOL AVENUE
SUITE A-149
LE ROCK, ARKANSAS 72201-3325
OFFICIAL BUSINESS

FILED
MAY 09 2012
JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

RECEIVED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
2012 MAY -9  AM 9: 50
JAMES W. McCORMACK, CLERK
DEP CLERK

101 W. Pine St. Room 1
Sheridan, AR 72150

Return to sender — not @ this address