# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

HORACE PAUL MCREYNOLDS
ADC# 131668                                                                PLAINTIFF

v.                        CASE NO. 4:11CV00674 BSM/JTR

CALVIN REED                                                                DEFENDANT

## ORDER

On April 23, 2012, an order was entered [Doc. No. 19] directing plaintiff Horace McReynolds to file a response to defendant Calvin Reed's motion for summary judgment [Doc. No. 16] within 30 days. McReynolds was advised that failure to timely and properly respond would result in the dismissal of his case, without prejudice, pursuant to local rule 5.5(c)(2).

On May 16, 2012, another copy of the April 23, 2012 order was sent to McReynolds at his new mailing address at the Sheridan city jail [Doc. No. 22]. McReynolds was also given an extension to file his response by June 11, 2012. As of this date, McReynolds has failed to file a response to the motion for summary judgment.

IT IS THEREFORE ORDERED THAT:

1.      Pursuant to local rule 5.5(c)(2), all claims against Reed are dismissed without prejudice due to McReynolds's failure to comply with the April 23, 2012 and May 16, 2012 orders.

2.      It is certified, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this order and the accompany judgment would not be taken in good faith.

An appropriate judgment shall accompany this order.

IT IS SO ORDERED this 19th day of June 2012.

                                                                                       UNITED STATES DISTRICT JUDGE