**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**HORACE PAUL MCREYNOLDS**
**ADC# 131668**                                                                      **PLAINTIFF**

**v.**                                **CASE NO. 4:11CV00674 BSM/JTR**

**CALVIN REED**                                                                      **DEFENDANT**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice,

pursuant to local rule 5.5(c)(2).  Further, it is certified, pursuant to 28 U.S.C. § 1915(a)(3),

that an *in forma pauperis* appeal from this judgment and the accompanying order of dismissal

would not be taken in good faith.

Dated this 19th day of June 2012.


_____
UNITED STATES DISTRICT JUDGE