Case: 4:11-cv-00674-BSM

Horace Paul McReynolds ADC#131668
SHERIDAN CITY JAIL
101 West Pine Street
Room 1
Sheridan, AR 72150

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

OCT 14 2014

JAMES W. McCORMACK, CLERK
By: _____
                        DEP CLERK

---

**UNITED STATES DISTRICT COURT**
CLERK'S OFFICE
RICHARD SHEPPARD ARNOLD UNITED STATES COURTHOUSE
600 W. CAPITOL AVENUE
SUITE A-149
LITTLE ROCK, ARKANSAS 72201-3325

OFFICIAL BUSINESS

Return
AMS

NIXIE    722    DE 1260    0010/11/
RETURN TO SENDER
NO SUCH NUMBER
UNABLE TO FORWARD

BC: 72201339919    *1255-02345-11